**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                              General Court Number
Clerk                                                                                                          415.522.2000

May 1st, 2008

Re:   MDL 08 – 1930 In Re: Wells Fargo Mortgage Lending Practices Litigation

Title of Case                                                                   Case Number
Judy Williams v. Wells Fargo Bank                              C.A. No. 1:07-6342

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the Northern District of Illinois to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Maxine M. Chesney.  We have given the action the individual case number **C 08-2253 MMC**.

     Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                                                              Sincerely yours,

                                                                                              *Simone Voltz*

                                                                                              Simone Voltz
                                                                                              Deputy Clerk

cc: Counsel
     MDL