United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   In re: WELLS FARGO MORTGAGE                    Master File No. MDL 08-1930 MMC
    LENDING PRACTICES LITIGATION
9                                                  **CLERK'S NOTICE**
    _____
10
11  This Document Relates To: Case Nos. C-07-
    3880 (Jeffries), C-07-4309 (Ventura), C-08-0492
12  (Brown), C-08-2154 (Rodriguez), C-08-2253
    (Williams)
13  _____/
14
15       **YOU ARE NOTIFIED** that the Court has scheduled an Initial Case Management
16  Conference for Friday, May 9, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney.
17  The parties are advised that a joint case management conference statement is due on or before
18  Friday, May 2, 2008.
19  Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
20  San Francisco, CA 94102.
21                                           **FOR THE COURT,**
22                                           Richard W. Wieking, Clerk
23  Dated: May 2, 2008                       _Tracy Lucero_
24                                           _____
                                             Tracy Lucero, Deputy Clerk
25
26
27
28