IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Wells Fargo Lending Practices Litigation<br><br>Plaintiff,<br><br>v.<br><br><br>Defendant. | CASE NO. M: 08-cv-01930-MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Peter A. Muhic, whose business address and telephone number is Barroway Topaz Kessler Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, PA 19087, Telephone: (610) 667-7706, Facsimile: (610) 667-7056

and who is an active member in good standing of the bar of U.S.D.C., E.D.PA, State of NJ having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Judy Williams - Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 10, 2009

_/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney
United States District Judge