**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | No. 08-CV-01930-MMC (JL) |
| | **CLASS ACTION** |
| | [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF KATHERINE B. BORNSTEIN ON BEHALF OF PLAINTIFFS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

AND NOW, this ___18th___ day of ___November___, 2009, upon consideration of

Motion for Withdrawal of Appearance of Katherine B. Bornstein on Behalf of

Plaintiffs, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and Katherine

B. Bornstein shall be removed as counsel for Plaintiffs in the above-captioned matter.

_____
Honorable Maxine M. Chesney
United States District Judge